In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to the Opening of Woodhaven Boulevard.

CAUSEWAY BOULEVARD CORPORATION, Respondent.

(Argued January 6, 1930; decided January 17, 1930.)

*Arthur J. W. Hilly, Corporation Counsel (Joel J. Squier, Joseph G. Mathews* and *Ten Broeck S. Imlay* of counsel), for appellant.

*Harry B. Chambers* and *James A. Lynch* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.